RICHARD J. ALEXANDER-79698
LAW OFFICES OF RICHARD J. ALEXANDER
201 West Richmond Avenue, Suite 3
Pt. Richmond, CA  94801
510-232-9100

Attorney for Plaintiffs

RECEIVED
E-filing JAN -4 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

CV12  0035  DMR

| | |
|---|---|
| RUTHERFORD BOAT SHOP, INC., a California Corporation, | ) Case No.: |
| Plaintiff, | ) |
| vs. | ) IN ADMIRALTY |
| THE VESSEL "MOONSHADOW", formerly known as "ROBIN", her engines, boats, tackle, apparel and furniture, No. 287487, | ) ORDER TO ISSUE WARRANT ) FOR ARREST OF VESSEL |
| Defendant. | ) |

A Complaint to Enforce a Maritime Lien having been filed on January 4, 2012, against the defendant vessel, "Moonshadow", formerly known as "Robin", Documentation No. 287487.

IT IS HEREBY ORDERED THAT:

1. The Clerk of the United States District court issue forthwith a Warrant for the Arrest of the Vessel "Moonshadow", formerly known as "Robin", her engines, boats, tackle, apparel and

ORDER TO ISSUE WARRANT - 1

furniture, which vessel is currently under the custody of Rutherford Boat Shop, Inc. at 900 Hoffman Blvd., Richmond, CA 94804.

Dated: January 6, 2012

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

~~UNITED STATES DISTRICT COURT JUDGE~~
Magistrate Judge

ORDER TO ISSUE WARRANT - 2

```
 1  RICHARD J. ALEXANDER-79698
    LAW OFFICES OF RICHARD J. ALEXANDER
 2  201 West Richmond Avenue, Suite 3
    Pt. Richmond, CA  94801
 3  510-232-9100
 4  Attorney for Plaintiffs
```



E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION CV12 0035

| | |
|---|---|
| RUTHERFORD BOAT SHOP, INC., a California Corporation, | ) Case No.: <br> ) <br> ) IN ADMIRALTY <br> ) |
| Plaintiff, <br> vs. | ) WARRANT FOR ARREST OF VESSEL <br> ) |
| THE VESSEL "MOONSHADOW", formerly known as "ROBIN", her engines, boats, tackle, apparel and furniture, No. 287487, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

The President of the United States of America:

TO: The Marshal of the United States for the Northern District of California – GREETINGS:

WHEREAS, a Complaint To Enforce Maritime Lien has been filed in the United States District Court for the Northern District of California on _____, by Rutherford Boat Shop, Inc., against the vessel "Moonshadow", formerly known as "Robin", Documentation Number 287487, her engines, boats, tackle, apparel and furniture, in

WARRANT FOR ARREST OF VESSEL - 1

a cause of contract, civil and maritime, in which the amount demanded is $21,301.30 plus legal interest, attorneys' fees and costs of suit for the reasons and causes in said Court demanded, and that all persons interested in said vessel, her engines, boats, tackle, apparel and furniture, may be cited in general and special to answer the premises, and all proceedings being had that said vessel, her engines, boats, tackle, apparel, furniture and cargo, may for the causes in said Complaint mentioned, be condemned and sold to pay the demands of the plaintiff.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest said vessel, her engines, boats, tackle, apparel, furniture and cargo, to evict or put ashore all parties found thereon, and to retain the same in your custody until further order of the Court respecting the same.

Upon completion of attachment, make your return thereof, together with this writ.

Dated:

_____
CLERK OF THE COURT

WARRANT FOR ARREST OF VESSEL - 2