1  RICHARD J. ALEXANDER-79698
   LAW OFFICES OF RICHARD J. ALEXANDER
2  201 West Richmond Avenue, Suite 3
   Pt. Richmond, CA  94801
3  510-232-9100

4  Attorney for Plaintiffs





UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION  CV12  0035

| | |
|---|---|
| RUTHERFORD BOAT SHOP, INC., a California Corporation, | ) Case No.: |
| Plaintiff, | ) IN ADMIRALTY |
| vs. | ) WARRANT FOR ARREST OF VESSEL |
| THE VESSEL "MOONSHADOW", formerly known as "ROBIN", her engines, boats, tackle, apparel and furniture, No. 287487, | ) |
| Defendant. | ) |

   The President of the United States of America:

TO:  The Marshal of the United States for the Northern District of California - GREETINGS:

   WHEREAS, a Complaint To Enforce Maritime Lien has been filed in the United States District Court for the Northern District of California on _____, by Rutherford Boat Shop, Inc., against the vessel "Moonshadow", formerly known as "Robin", Documentation Number 287487, her engines, boats, tackle, apparel and furniture, in

WARRANT FOR ARREST OF VESSEL - 1

a cause of contract, civil and maritime, in which the amount demanded is $21,301.30 plus legal interest, attorneys' fees and costs of suit for the reasons and causes in said Court demanded, and that all persons interested in said vessel, her engines, boats, tackle, apparel and furniture, may be cited in general and special to answer the premises, and all proceedings being had that said vessel, her engines, boats, tackle, apparel, furniture and cargo, may for the causes in said Complaint mentioned, be condemned and sold to pay the demands of the plaintiff.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest said vessel, her engines, boats, tackle, apparel, furniture and cargo, to evict or put ashore all parties found thereon, and to retain the same in your custody until further order of the Court respecting the same.

Upon completion of attachment, make your return thereof, together with this writ.

Dated:

**JAN - 6 2012**

_____ VALERIE KYONO
CLERK OF THE COURT
RICHARD W. WIEKING